AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Mihm, Michael M | **2. Court or Organization**<br><br>Central District of Illinois | **3. Date of Report**<br><br>04/18/2006 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br>01/01/2005<br>to<br>12/31/2005 |
| **7. Chambers or Office Address**<br><br>204 Federal Building<br>100 N.E. Monroe<br>Peoria, IL 61602 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Abraham Lincoln Inns of Court - Peoria |
| 2. Assistant Coach of Mock Trial | Bradley University - Peoria |
| 3. Board of Directors | Forest Park Foundation - Peoria |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY -1 P 3: 42 FINANCIAL ...

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 04/18/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | John Marshall Law School - Adjunct Professor of Law - Taught two week long accelerated trial advocacy courses in calendar year 2005. (Cont. Part VIII) | $ 6,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. USAID/Open World Program | 5/20 - 5/30/06 Travel to Kiev Ukraine for international judicial meeting and met with leadership of Ukrainian judiciary; (cont. Part VIII) |
| 2. American Councils for International Education/Open World Program | 2/6/05 - 2/8/05 - Planning meeting for judicial summitt; airfare, loding, meals |
| 3. Arizona State University | 3/20/05 - 3/22/05 - Trip to Phoenix, AZ to speak at Arizona State University Law School, airfare |
| 4. American Councils for International Education/Open World Program | 3/27/05 - 4/1/05 - Travel to Washington, DC for high level judicial summitt between Russian and U.S. Judiciary; airfare, lodging, meals |
| 5. American Councils for International Education/Open World Program | 12/15/05 - 12/16/05 - Travel to Washington, DC for 2006 Open World planning meeting; airfare, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 04/18/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. New York Life Insurance Company | Loan on value of whole life insurance | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allianz OCC Renaissance Fund Class A Mutual Fund | | None | | T | Sell | 3/18 | J | A | |
| 2. Allianz OCC Renaissance Fund Class A Mutual Fund | | None | | T | Sell | 3/21 | J | A | |
| 3. Allianz OCC Renaissance Fund Class A Mutual Fund | | None | | T | Sell | 3/22 | J | A | |
| 4. Allianz OCC Renaissance Fund Class A Mutual Fund | | None | | T | Sell | 5/02 | J | A | |
| 5. AmCap Fund Class F American Mutual Fund | A | Dividend | | T | Buy | 3/16 | J | B | |
| 6. AmCap Fund Class F American Mutual Fund | A | Dividend | | T | Buy | 3/17 | J | B | |
| 7. AmCap Fund Class F American Mutual Fund | A | Dividend | | T | Buy | 3/18 | J | B | |
| 8. AmCap Fund Class F American Mutual Fund | A | Dividend | | T | Sell | 9/12 | | B | |
| 9. AXA Small Co. Value Port Class A Mutual Fund | | None | | T | Sell | 3/16 | J | A | |
| 10. AXA Small Co. Value Port Class A Mutual Fund | | None | | T | Sell | 3/17 | J | A | |
| 11. AXA Small Co. Value Port Class A Mutual Fund | | None | | T | Sell | 3/18 | J | A | |
| 12. AXA Small Co. Value Port Class A Mutual Fund | | None | | T | Sell | 5/02 | J | A | |
| 13. AXA Elite Annuity (see explanation Part VIII) | A | | L | T | Buy | 10/12 | L | | |
| 14. Laudus Rosenberg M/F | | | | | | 10/12 | J | | |
| 15. U.S. Real Estate M/F | | | | | | 10/12 | J | | |
| 16. EQ/Capital Guardian Inem M/F | | | | | | 10/12 | K | | |
| 17. EQ/Capital Guardian Research M/F | | | | | | 10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EQ/Marsico Focus M/F | | | | | | 10/12 | J | | |
| 19. EQ/Gamco Small Company Value M/F | | | | | | 10/12 | J | | |
| 20. EQ/Gamco Mergers and Acquisitions M/F | | | | | | 10/12 | J | | |
| 21. EQ/Lord Abbett MidCap M/F | | | | | | 10/12 | J | | |
| 22. EQ/Van Kampen Comstock M/F | | | | | | 10/12 | K | | |
| 23. CIB Certificate of Deposit | A | Interest | | T | Sell | 11/7 | J | A | |
| 24. CIB Money Market | A | Interest | | T | Sell | 11/7 | J | A | |
| 25. CIB Savings Account | A | Interest | | T | Sell | 11/7 | J | B | |
| 26. CIB IRA ● | A | Interest | | T | Sell | 11/7 | J | B | |
| 27. Calamos Convertible Growth & Income Mutual Fund | A | Dividend | | T | Sell | 9/12 | J | B | |
| 28. Cohen & Steers Equity Income Mutual Fund (see note Part VIII | A | Dividend | | T | Sell | 9/12 | J | B | |
| 29. Cohen & Steers Equity Income Mutual Fund | A | Dividend | | T | Sell | 9/12 | J | | |
| 30. Cohen & Steers Equity Income Mutual Fund | A | Dividend | | T | Sell | 9/12 | J | | |
| 31. Cohen & Steers Equity Income Mutual Fund | A | Dividend | | T | Sell | 9/12 | J | | |
| 32. Davis New York Venture Fund Class A Mutual Fund | | None | | T | Sell | 9/12 | J | A | |
| 33. Eaton Vance Worldwide Health Services Mutual Fund | | None | | T | Sell | 9/12 | | A | |
| 34. First Eagle Global Fund Class A Mutual Fund | | None | | T | Sell | 9/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Firsthand Tech Value IRA | | None | | T | Sell | 11/10 | J | | |
| 36. Gartmore Microcorp Equity Fund Class A Mutual Fund | | None | | T | Sell | 9/08 | J | A | |
| 37. Goldman Sachs MidCap Value Fund Class A M/F | | None | | T | Buy | 3/16 | J | A | |
| 38. Goldman Sachs MidCap Value Fund Class A M/F | | None | | T | Buy | 3/17 | J | A | |
| 39. Goldman Sachs MidCap Value Fund Class A M/F | | None | | T | Buy | 3/18 | J | A | |
| 40. Goldman Sachs MidCap Value Fund Class A M/F | | None | | T | Buy | 5/03 | J | A | |
| 41. Goldman Sachs MidCap Value Fund Class A M/F | | None | | T | Buy | 5/04 | J | A | |
| 42. Goldman Sachs MidCap Value Fund Class A M/F | | None | | T | Buy | 5/05 | J | A | |
| 43. Goldman Sachs MidCap Value Fund Class A M/F | | None | | T | Sell | 9/07 | J | A | |
| 44. Heritage Cash Trust Money Market Mutual Fund | A | Interest | | T | Sell | 9/12 | J | A | |
| 45. Ivy Global Natural Resources Fund Class A | | None | | T | Buy | 3/16 | J | A | |
| 46. Ivy Global Natural Resources Fund Class A | | None | | T | Buy | 3/17 | J | A | |
| 47. Ivy Global Natural Resources Fund Class A | | None | | T | Buy | 3/18 | J | A | |
| 48. Ivy Global Natural Resources Fund Class A | | None | | T | Sell | 9/12 | J | A | |
| 49. Janus Contrarian Fund IRA ⬤ (see note in Part VIII) | | None | | T | Sell | 11/10 | J | A | |
| 50. Janus Mercury M/F IRA | A | Dividend | J | T | | | | | |
| 51. Janus Olympus | | None | | T | Sell | 11/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Janus Strategic Value (Now Contrarian) | A | Dividend | | T | Sell | 11/10 | J | C | |
| 53. Morgan Stanley for ⬤ Nationwide Elite Venue IRA | A | Dividend | K | T | Buy | 11/8 | K | | |
| 54. Morgan Stanley Active Asset Money Trust and Money Market | A | Interest | K | T | Buy | 11/7 | K | | |
| 55. Oppenheimer Global Fund Class A Mutual Fund | | None | | T | Sell | 9/12 | J | B | |
| 56. Oppenheimer Global Fund Class A Mutual Fund | | None | | T | Sell | 9/12 | J | B | |
| 57. Oppenheimer Value Fund Class A Mutual Fund | | None | | T | Sell | 9/12 | J | A | |
| 58. Pimco Foreign Bond Fund (Unhedged) Class A M/F | A | Dividend | | T | Sell | 9/12 | J | | |
| 59. Royce Pennsylvania M/F Investment | | None | | T | Buy | 3/16 | J | A | |
| 60. Royce Pennsylvania M/F Investment | | None | | T | Buy | 3/17 | J | A | |
| 61. Royce Pennsylvania M/F Investment | | None | | T | Buy | 3/18 | J | A | |
| 62. Royce Pennsylvania M/F Investment | | None | | T | Buy | 5/06 | J | A | |
| 63. Royce Pennsylvania M/F Investment | | None | | T | Buy | 5/09 | J | A | |
| 64. Royce Pennsylvania M/F Investment | | None | | T | Buy | 5/10 | J | A | |
| 65. Royce Pennsylvania M/F Investment | | None | | T | Sell | 9/7 | J | A | |
| 66. Southside Bank Savings | A | Interest | J | T | | | | | |
| 67. Southside Bank Savings ⬤(x) | A | Interest | J | T | | | | | |
| 68. Touchstone Emerging Growth Class A/M M/F | | None | | T | Sell | 3/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Touchstone Emerging Growth Class A/M M/F | | None | | T | Sell | 3/17 | J | B | |
| 70. Touchstone Emerging Growth Class A/M M/F | | None | | T | Sell | 3/18 | J | B | |
| 71. Touchstone Emerging Growth Class A/M M/F | | None | | T | Sell | 9/07 | J | B | |
| 72. U.S. Treasury HH Bond | A | Interest | | T | Sell | 9/02 | J | | |
| 73. U.S. Treasury HH Bond | A | Interest | | T | Sell | 9/02 | J | | |
| 74. U.S. Treasury I Bond (see note in Part VIII)(x) | A | Interest | J | T | Buy | 9/02 | J | | |
| 75. U.S. Treasury I Bond (x) | A | Interest | J | T | Buy | 9/02 | J | | |
| 76. U.S. Treasury I Bond (x) | A | Interest | J | T | Buy | 9/02 | J | | |
| 77. U.S. Treasury I Bond (x) | A | Interest | J | T | Buy | 9/02 | J | | |
| 78. Van Kampen Equity Income Fund Class A/M M/F | A | Dividend | | T | Buy | 3/18 | J | A | |
| 79. Van Kampen Equity Income Fund Class A/M M/F | A | Dividend | | T | Buy | 3/18 | J | A | |
| 80. Van Kampen Equity Income Fund Class A/M M/F | A | Dividend | | T | Buy | 6/17 | J | A | |
| 81. Van Kampen Equity Income Fund Class A/M M/F | A | Dividend | | T | Sell | 9/12 | J | A | |
| 82. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mihm, Michael M | 04/18/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Continued explanation from Part III-A, line 1 - Courses taught January and August. Vacation time was used. $3,000 per session.

Continued explanation from Part IV, line 1 - then to Russia (Moscow and Vladimir) to participate in Open World Alumni Conference and meet with leadership of Russian Judiciary. All travel plus food and other related expenses.

Part VII - All Funds identified as AXA Small Co. Value Port Class A Mutual Funds were formerly reported as Enterprise Small Co. Value Port

Part VII - All Funds identified as Allianz OCC Renaissance Fund Class A Mutual Fund formerly reported as Pimco Renaissance Fund Class A Mutual Fund

Part VII - line 13 - AXA Elite Annuity is invested in the 9 mutual funds listed on lines 14 - 22

Part VII - Lines 28 through 31 - The gain code (B) reported on line 28 column D is the aggregate gain for lines 28 through 31.

Part VII - Line 49 - While in the process of moving investments to Morgan Stanley we came across an IRA for ▮▮▮ not previously reported. This was probably created 5 years ago.

Part VII - All non IRA mutual funds accounts liquidated and proceeds reinvested through Morgan Stanley. All IRA accounts except Janus Mercury IRA liquidated and reinvested through Morgan Stanley. Also, proceeds of all accounts at CIB reinvested through Morgn Stanley.

Part VII - line 53 - There are actually two purchase dates involved in this transaction; 10/14 and 11/8/06.

Part VII - Lines 72 - 77 - Proceeds from HH Bonds (lines 72 and 73) used to purchase the I bonds (lines 74-77).

| Name of Person Reporting | . | Date of Report |
|---|---|---|
| Mihm, Michael M | | 04/18/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ██████████████████████████████ Date  4/24/06

NOTE: A██████████████████████████████OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544